UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMELINDA GONZALEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>   Defendant. | No. 1:20-cv-01244-DAD-HBK (SS)<br><br>ORDER REMANDING CASE UNDER SENTENCE FOUR OF 42 U.S.C.§ 405(g) PURSUANT TO THE STIPULATION OF THE PARTIES<br><br>(Doc. No. 18) |

On April 29, 2021, the parties filed a stipulation agreeing to remand this case for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 18.) The parties agree that on remand, the Commissioner will conduct any necessary further proceedings, including but not limited to re-evaluating the evidence of record, and issue a new decision. (*Id.*)

Good cause appearing, and pursuant to the parties' stipulation, this case is hereby remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the parties' stipulation. The Clerk of the Court is directed to enter final judgment in favor of plaintiff, and against defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:  **May 13, 2021**                          /s/ Dale A. Drozd
                                                    UNITED STATES DISTRICT JUDGE

1